```
IN THE UNITED STATES DISTRICT COURT
   FOR THE SOUTHERN DISTRICT OF OHIO
            EASTERN DIVISION
```

United States of America

    v.                            2:19-cr-172
                                   Chief Judge Marbley

Maddo Tamboura

<u>ORDER</u>

    There being no objections, the Court hereby adopts the Report and Recommendation of the Magistrate Judge (ECF No. 25) that the defendant's guilty pleas be accepted. The Court accepts the defendant's pleas of guilty to Counts 4 and 5 of the Indictment, and he is hereby adjudged guilty on these counts. The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

Date: March 9, 2020                  <u>    s\Algenon L. Marbley    </u>
                                            Algenon L. Marbley
                                            Chief United States District Judge